UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Cr. No. 06-076 |
| | ) | Magistrate Judge Kay |
| | ) | |
| MARIA R. HARTLINE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRO HAC VICE APPEARANCE
BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Leonard E. Lucas III moves this Honorable Court for leave to appear in the above-captioned matter pursuant to Local Criminal Rule 44.1 of the United States District Court for the District of Columbia, and in support of this motion states as follows:

1. Leonard Earl Lucas III is my full name.

2. I am an attorney with Feldesman Tucker Leifer Fidell LLP, 2001 L Street, N.W., Second Floor, Washington, D.C. 20036; Phone Number: (202) 466-8960.

3. I have been a member of the Tennessee Bar since October 25, 1999, and the District of Columbia Bar since March 6, 2006.

4. I have not been disciplined by any Bar.

5. I have been admitted pro hac vice, in the United States District Court for the District of Columbia, one time within the last two years.

- 2 -

Respectfully submitted,
FELDESMAN TUCKER LEIFER FIDELL LLP

By: _____
Leonard E. Lucas, III
D.C. Bar No: 496632

_____
Cary M. Feldman
D.C. Bar No: 202747

2001 L Street, NW, 2nd Floor
Washington, DC 20036
(202) 466-8960

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this ___9th___ day of May 2006, I caused a copy of the foregoing MOTION FOR PRO HAC VICE to be sent electronically to:

Timothy G. Lynch
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-4862

_____
Cary M. Feldman