UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )   Plaintiff  ) v.  )  ) MARIA R. HARTLINE,  )  )    Defendant.  ) | Cr. No. 06-076 Magistrate Judge Kay |

**ORDER GRANTING PRO HAC VICE MOTION**

IT APPEARING TO THIS COURT THAT the pro hac vice motion filed in this case is well-taken, and should be granted.

IT IS SO ORDERED

APPROVED:

_____
UNITED STATES MAGISTRATE JUDGE