AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**DISTRICT OF** Columbia

UNITED STATES OF AMERICA

v.

Maria R. Hartline

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-076

I, _Maria Hartline_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 10, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Maria R. Hartline_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer