U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

MARIA HARTLINE,

Defendant.

Case No. 06-076 (AK)

FILED
MAY 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __10th__ day of __May, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _May 12, 2006_ by __Special Agent Chadd D. Carr__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __United States Air Force Office of Special Investigations__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Chadd D. Carr__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge(U.S. Magistrate) Alan Kay

DOJ USA-16-1-80