## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-76 |
| | : | |
| v. | : | |
| | : | |
| MARIA R. HARTLINE | : | |

### MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of sentencing. As shown below, the defendant should be sentenced to a period of incarceration at the low end of her guideline range.

### BACKGROUND

Maria Hartline was a civilian employed as a secretary in the headquarters of the United States Air Force Chief of Chaplain's Office, at Bolling Air Force Base, in the District of Columbia. As admitted and agreed to in the Statement of Offense, Ms. Hartline embezzled approximately $131,706.26 from the United States treasury as a federal employee by submitting fraudulent claims for overtime, fraudulently claiming to be working while taking annual leave, fraudulently using a government credit card for personal expenditures, and fraudulently submitting travel voucher payment requests for personal trips.

### DISCUSSION

Ms. Hartline is a first-time offender who promptly cooperated with the investigation, both through her signed confessions and by "assist[ing] authorities in the investigation or prosecution of [her] own misconduct by timely notifying authorities of [her] intention to enter a plea of guilty." See U.S.S.G. § 3E1.1(b). For these reasons, the government agreed to cap its allocution

at the low end of her guideline range.  Moreover, given that her adjusted offense level is a 16, the government respectfully moves pursuant to Section 3E1.1(b) for a three-level adjustment based on Ms. Hartline's acceptance of responsibility.

However, Ms. Hartline's crime <u>does</u> warrant a period of incarceration.  Ms. Hartline embezzled from the government paycheck after paycheck, month after month, year after year. Each time she had to submit her timesheets, she had a choice:  admit the hours she was authorized to be paid, or defraud the government.  When the choice was placed before Ms. Hartline, she did not acquit herself:  she defrauded the government over and over and over.

Moreover, Ms. Hartline did not specialize in one type of fraud; her scheme was diverse. She defrauded the government through false overtime claims; she defrauded the government by claiming to be working when she was in fact on vacation; she defrauded the government by using her government travel card to purchase personal items like clothes, which had nothing to do with the mission of the United States Air Force; she defrauded the government by submitting false travel orders, so that she could claim reimbursement and discounted lodging for her and her husband to attend NASCAR races at Dover, Delaware on the government's dime.  A fraudulent scheme that encompasses such breadth demands an appropriate period of incarceration—in this case, a period of twelve months.

The government has no doubt that Ms. Hartline has many good qualities.  The government also has no doubt that these charges come as a surprise to many of Ms. Hartline's friends, relatives, and supporters.  But, just as Ms. Hartline is not all bad, she is not all good.  She has chosen to commit serious criminal conduct over an extended period of time, and the loss is by no means small.  A sentence of probation would not do justice to the true extent of her crime.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar No. 451058
UNITED STATES ATTORNEY

By: _____

Timothy G. Lynch, D.C. Bar No. 456506
Assistant United States Attorney
555 4th Street, NW
Room 5233
Washington, D.C. 20530
(202) 353-4862

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of August, 2006, I caused to be served by electronic filing and by facsimile a copy of the foregoing memorandum, to:

Cary M. Feldman, Esquire
Leonard E. Lucas, III, Esquire
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, Second Floor
Washington, D.C. 20036-4910
Facsimile Number:  (202) 293-8103

_____

Timothy G. Lynch
Assistant United States Attorney

-3-