# Exhibit 2

## STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

[X] SUSPECT
[ ] WITNESS/COMPLAINANT

### PRIVACY ACT STATEMENT

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397
PRINCIPAL PURPOSES: Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc.; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.
ROUTINE USES: Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement.

### I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 2005/10/07 | 1125 | 112 LUKE AVE, BAFB DC | DET 332 | OFFENSE |
| | | | | COMPLANT |

### II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| HARTLINE, MARIA ROSE | | |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| 2 20 KST | | HOME | DUTY |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| | USAF | N/A |
| | OFFICE OF THE CHIEF OF CHAPLAINS | |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

### III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offense:

~~ntl~~ FRAUDULENT

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
| SA SHAYNE WOODARD | SPECIAL AGENT |

| SUSPECT INITIALS | and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice. |
|---|---|
| mrh | I have the right to remain silent - that is to say nothing at all. |
| mrh | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| mrh | I have the right to consult with a lawyer. |
| mrh | I have the right to have a lawyer present during this interview. |
| mrh | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| mrh | I may request a lawyer any time during this interview. |
| mrh | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| mrh | MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge. mrh |
| mrh | CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One) |
|---|---|
| mrh | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |

I fully understand that my signature does not constitute an admission of guilt.

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| MARIA R. HARTLINE | CHADD D. CAPE, SA, USAF |
| Maria R. Hartline | CHADD D. CAPE / CHADD D. CAPE, SA, USAF |
| | S. Woodard / Trevor S. Woodard, SA, USAF |

AF IMT 1168, 19980401, V2          PREVIOUS EDITIONS ARE OBSOLETE.          PAGE 1 OF 6 PAGES

mrh

0001

**IV. STATEMENT**

GTC: ON NUMEROUS OCCASIONS I USED MY GTC FOR PERSONAL PURPOSES. I USED IT TO BUY GAS IN MY CAR, CASH ADVANCES TO PAY PERSONAL BILLS, SUCH AS UTILITIES AND DR. EXPENSES (CO-PAYS) AND ON ONE OCCASION USED IT TO BUY AIRLINE TICKETS NOT RELATED TO GOVERNMENT TRAVEL. MOST RECENTLY I USED IT FOR A RENTAL CAR WHILE ON LEAVE IN FLORIDA. I HAVE USED MY GTC FOR GAS PURCHASES, AND CASH ADVANCES WHILE ON PERSONAL TRAVEL TO FLORIDA, MICHIGAN AND VIRGINIA BEACH AREAS. THESE PURCHASES/ADVANCES WERE DONE OVER A PERIOD OF TWO TO THREE YEARS. THE REASON WAS FINANCIAL HARDSHIP. OVER THIS PERIOD OF TIME MY STEPFATHER WAS ILL AND SUBSEQUENTLY PASSED AWAY. MY FATHER-IN-LAW WAS ILL AND PASSED AWAY. IN THE MIDST OF THIS, MY HUSBAND LOST TWO JOBS. MY PARENTS ARE DECEASED AND I WAS WORRIED TO PAY THE BILLS. WE DID HAVE TO PAY FOR PART OF THESE FUNERALS. I REMEMBER TAKING ONE CASH ADVANCE TO PAY FOR A PAIR OF BLACK SLACKS TO WEAR AT THE FUNERAL OF MY FATHER-IN-LAW. I ALSO USED MY GTC TO PAY FOR SOME MEALS WHILE IN THESE AREAS MENTIONED ABOVE. I MAINLY USED THE GTC FOR CASH ADVANCES. MRH

**V. OATH/SIGNATURE**

"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge." MRH

SIGNATURE OF PERSON MAKING STATEMENT     MARIA R. HARTLINE

*Maria R. Hartline*

SIGNATURE OF WITNESS/INTERVIEWER

CHADD GRR / CHADD D. GRR, SA, USAF

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ___7th___ day of ___October___, ___2005___ (year).

SIGNATURE OF PERSON ADMINISTERING OATH

*T. Woodard* / Trevyr S. Woodard, SA, USAF

**VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)**

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ____ of ____ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF IMT 1168, 19980401, V2     (REVERSE)

TO PAY HOUSEHOLD BILLS AND GAS IN MY CAR. I HAVE
NO OTHER EXPLAINATION AS TO WHY I DID THIS, EXCEPT
I WAS SCARED I COULDN'T PAY MY BILLS,OR
WOULD LOSE MY HOME OR NOT PAY MY SHARE FOR THE
FUNERALS.

RAVEL ORDER: ON OCCASIONS, I CREATED TRAVEL
ORDERS FOR MYSELF USING ANOTHER
STAFF MEMBERS PASSWORD. THIS IS NOT UNUSUAL
FOR OUR OFFICE, AS SOME OF OUR STAFF MEMBERS
HAVE EACH OTHER'S PASSWORDS. OVER THE YEARS, I
WENT TO DOVER AFB, DE FOR THE NASCAR RACE, USUALLY
HELD IN MAY OR JUNE AND IN SEPTEMBER.
ON SOME OF THOSE VISITS, I WAS AUTHORIZED TDY.
HOWEVER, ON THE MOST RECENT TRIP (SEP 05) I WAS
NOT GIVEN FORMAL PERMISSION BY MY SUPERVISOR
TO CREATE TRAVEL ORDERS FOR MYSELF. I CREATED
THE ORDERS SO I WOULD BE ABLE TO STAY IN
BILLETING, VERSUS USING SPACE A. UPON MY
RETURN TO THE OFFICE, I FILED A TRAVEL VOUCHER
FOR MILEAGE. ONCE AGAIN, FOR THE FINANCIAL
HARDSHIP. DUE TO OUR OFFICE BEING SO SMALL,
IT IS/HAS BEEN THE PRACTICE THAT SOME OF THE
STAFF MEMBERS HAVE EACH OTHER'S PASSWORDS.
TRAVEL ORDERS TO LANGLEY, MAXWELL AND SOME
OF THE DOVER TDYs, WERE FOR OFFICIAL BUSINESS
AS I TRAVELLED WITH MY SUPERVISOR OR I

Maria R. Harding

page 3 of 6 pages

RAVELED ALONE, AT THE REQUEST OF THE DOVER WING Hotline on 7 Oct 05

CHAPLAIN (CH BARLOW AND CH STOCKS). WHEN I

WOULD TRAVEL TO DOVER, I WOULD CONSIDER THE TRIP

AS PUBLIC RELATIONS FOR THE CHIEF OF CHAPLAINS OFFICE.

I WOULD ALWAYS WORSHIP OR VISIT STAFF MEMBERS

ON THESE TRIPS. THE LAST DOVER TRIP (SEP 05) I

DID NOT VISIT ANY STAFF MEMBERS. I WENT TO

WORSHIP SERVICE, BUT MY HUSBAND FELT ILL, SO

WE DID NOT STAY TO SOCIALIZE WITH STAFF

MEMBERS, NOR DID I SAY HELLO TO ANY STAFF

WORKER/MEMBER. mrh

RECARD: DURING MY 11+ YEARS AT THE CHAPLAIN SERVICE
=FICE, I HAVE WORKED OVERTIME AND LEAVE. ON NUMEROUS
CCASIONS, I WOULD SUBSTITUTE LEAVE FOR OVERTIME. ON
THER OCCASIONS, I WOULD NOT CLAIM IT, BUT TOOK LEAVE.
WOULD ALSO WORK OVERTIME AND NOT CLAIM IT.
HIS PAST YEAR, I HAVE NOT WORKED AS MUCH OVERTIME.
1Y NORMAL DUTY HOURS ARE 0730-1630. SINCE MY FIRST WEEK
F HIRE AT THE CHAPLAINS OFC, I HAVE NOT WORKED MY
ORMAL" DUTY HOURS. I HAVE STAYED LATE AND HAVE COME
N EARLY. I HAVE ALSO WORKED WEEKENDS — BOTH IN
HE OFFICE AND AT HOME. HOWER HOWEVER, ON OCCASION
  CLAIMED OVERTIME, WHEN I DID NOT WORK IT. I
.SO CLAIMED OVERTIME ON ANOTHER PAY PERIOD, INSTEAD
= DOING A CORRECTED TIMECARD. FOR THE PAST 8-9 YEARS,
HAVE INPUT MY OWN TIMECARD, AS WELL AS THE REST OF
HE CIVILIANS IN OUR OFFICE, I WAS GIVEN THAT TASK mrh

Maria R. Hardie

page 4 of 6 pages
mrh

AS I WAS TOLD THEN THAT THE "MILITARY PUTTING ON TODOS IN OUR OFFICE DIDN'T UNDERSTAND THE CIVILIAN STUFF" SO WOULD I TAKE THE TASK. THE WAY I WOULD PUT IN MY TIME CARD WAS USING THE PASSWORD OF THE EXECUTIVE OFFICER. THE PRACTICE WAS THE EXECUTIVE OFFICER WOULD GIVE THE PASS-WORD TO ME TO INPUT TIME CARD INFORMATION. I DID TAKE LEAVE ON SOME OCCASIONS AND DID NOT PUT IT ON THE TIMESHEET INFORMATION FOR INPUT TO THE SYSTEM. AGAIN, I DID THIS DUE TO OVERALL FINANCIAL HARDSHIP. SOME TIMES WHEN I DID WORK OVERTIME, I WOULD COME TO THE OFFICE. OTHER TIMES I WOULD TAKE WORK HOME WITH ME, WORK VIA THE BLACKBERRY OR MY HOME COMPUTER. I WOULD ALWAYS BRING THE WORK BACK TO THE OFFICE. ALSO, I WOULD RECEIVE PHONE CALLS FROM WORK WHILE ON LEAVE OR ON THE WEEKENDS FROM STAFF MEMBERS AND OUTSIDE AGENCIES (JOSAC, OTHER COMMANDS). I CONSIDERED THIS OVERTIME WHEN I WAS NOT ON DUTY.

I AM EMBARASSED, ASHAMED, HUMILIATED, MORTIFIED, THAT I DID ALL OF THESE THINGS. I BETRAYED THE TRUST OF MY SUPERVISORS AND CO-WORKERS. I AM REMORSE AND SO VERY SORRY FOR WHAT I HAVE DONE. WHEN I TOOK MONEY FROM THE ATM MACHINE, USING MY GTC, I KNEW IT WAS WRONG. I ALSO took

Maria R. Harshine

page 5 of 6 pages
mrh

WOULD WORRY ABOUT PAYING IT BACK AS I KNEW HOTLINE OR FUGOS
I SHOULDN'T HAVE DONE IT. I SHOULD HAVE
USED BETTER JUDGEMENT AND WENT TO MY
SUPERVISOR TO TELL HIM/HER ABOUT MY FINANCIAL
PROBLEMS HOWEVER, I WAS TO EMBARASSED TO
ADMIT IT. I THOUGHT I COULD "HANDLE IT" AND
DID NOT WANT TO SHOW MY WEAKNESS OR
THAT I HAD ANY ~~PbO~~ my PROBLEMS. WHAT I DID
BY ~~LIEING~~ mid LYING TO MY SUPERVISORS, USING MY
GTC FOR PERSONAL USE AND NOT CLAIMING ALL
MY INFORMATION ON MY TIME CARD WAS BAD.
FOR ALL OF THIS, I AM ~~so~~ mid so, so sorry and
have no idea how I can be forgiven. I
know my faith will help me, but I want
to say I am truly sorry to all the people I
have hurt. I consider all the people at my
office as family. If I had a problem,
financial or otherwise, I should have gone
to them. I will re-pay whatever I need to. I
will also make restitution of any kind. I
did wrong and I am so very sorry. Please
may I keep my job? I truly love all the
people and am prepared to suffer the
embarrasment and humility. Thank you. mid

Maria R. Whatline

page 6 of 6 pages
mid

0006