HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-076</u> |
|---|---|---|
| vs. | : | SSN: |
| | : | |
| HARTLINE, Maria R. | : | Disclosure Date: <u>June 30, 2006</u> |

**FILED**

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( )  There are no material/factual inaccuracies therein.
    ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                                              **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
    (X)  There are no material/factual inaccuracies therein.
    ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____  8/9/2006
**Defendant**                **Date**      **Defense Counsel**           **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 14, 2006</u>, to U.S. Probation Officer <u>Valencia Fletcher</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer