UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Cr. No. 06-076 |
| | ) U.S. Dist. Judge Ellen Segal Huvelle |
| MARIA R. HARTLINE, | ) |
| Defendant. | ) |

MOTION FOR LEAVE TO TRAVEL
OUTSIDE THE JUDICIAL DISTRICT

Maria R. Hartline, by counsel, moves this Honorable Court for permission to travel outside this judicial district to Louisville, Kentucky, Ann Arbor, Michigan and Madison Heights, Michigan. This Motion is being made with the consent of the Government. As grounds for this Motion, Ms. Hartline states as follows:

1. Ms. Hartline was sentenced to 3 years probation on August 10, 2006 by the Honorable Judge Ellen Segal Huvelle.

2. On July 2, 2006, Ms. Hartline's niece, Jennifer Willette, and brother-in-law, Rory Willette, were injured when a car careened into a crowd while they were watching a Regatta race in Madison, Indiana. The car landed on Jennifer dragging her into the Ohio River. She was transported to the University Hospital in Louisville, Kentucky due to her life threatening injuries. She has had numerous surgeries since this accident. Ms. Hartline spent a significant amount of time prior to sentencing at her niece's side in Louisville as detailed in the sentencing letter submitted by Ms. Hartline and provided support and assistance to her sister.

3.    Jennifer is currently a patient at University Hospital in Louisville, Kentucky.

4.    It is Ms. Hartline's understanding that in a few weeks, Jennifer will be transported from Louisville to the University of Michigan Hospital in Ann Arbor, Michigan.

5.    Sarah Willette, Jennifer's mother and Ms. Hartline's sister, resides approximately 45 minutes away from Ann Arbor in Madison Heights, Michigan.

6.    The Probation Officer has informed Ms. Hartline that pursuant to Probation Office policy, they generally do not allow individuals on probation to travel within the first 60 days.

7.    Ms. Hartline respectfully requests permission to travel within the first 60 days of her probation and thereafter to see her niece. This request includes permission to travel to Louisville and accompany her sister and niece when her niece is transferred from Louisville to Ann Arbor, Michigan.

8.    AUSA Timothy Lynch has advised undersigned counsel that the United States consents to this Motion.

WHEREFORE, Ms. Hartline's Motion for Leave to Travel should be Granted.

Respectfully submitted,
FELDESMAN TUCKER LEIFER FIDELL LLP

By: _____
Leonard E. Lucas, III
D.C. Bar No: 496632
2001 L Street, NW, 2nd Floor
Washington, DC  20036
(202) 466-8960

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2006, I caused a copy of the foregoing MOTION FOR LEAVE TO TRAVEL OUTSIDE THE JUDICIAL DISTRICT to be sent electronically to:

Timothy G. Lynch
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-4862

_____
Leonard E. Lucas III