UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Cr. No. 06-076 |
| | ) | U.S. Dist. Judge Ellen Segal Huvelle |
| | ) | |
| MARIA R. HARTLINE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING LEAVE TO TRAVEL
OUTSIDE THE JUDICIAL DISTRICT

IT APPEARING TO THIS COURT THAT upon the filed Motion of Ms. Hartline and upon the entire record in this matter, that the Motion requesting leave to travel outside the judicial district is well-taken, and should be granted. Ms. Hartline is permitted to travel outside the judicial district to visit her niece, Jennifer Willette, within the first 60 days of her probation and thereafter, upon providing notice to her probation officer. This includes permission to travel to Louisville, Kentucky and accompany her sister and niece when her niece is transferred from Louisville to Ann Arbor, Michigan.

IT IS SO ORDERED.

APPROVED:

_____
UNITED STATES JUDGE ELLEN S. HUVELLE